1

2

3                    UNITED STATES DISTRICT COURT

4                         DISTRICT OF NEVADA

5    RONALD J. ALLISON,                         Case No.  2:21-cv-01321-JAD-NJK

6                              Plaintiff           **ORDER**

7          v.

8    CCDC, et al.,

9                              Defendants

10

11   **I.      DISCUSSION**

12          On July 9, 2021, Plaintiff, an inmate in the custody of the Clark County Detention Center

13   ("CCDC"), submitted a document titled One Million Dollar Class Action Lawsuit.  Docket No. 1-

14   1.  Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* or paid the

15   full $402 filing fee in this matter.

16          **Complaint**

17          Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a

18   complaint with the court."  Fed. R. Civ. P. 3.   In addition, any complaint submitted by Plaintiff

19   must comply with Local Special Rule 2-1 ("LSR 2-1).  Under LSR 2-1, a civil rights complaint

20   filed by a person who is not represented by an attorney must be submitted on the form provided

21   by the court <u>or must be legible and contain substantially all the information called for by the court's

22   form</u>.  As such, the Court grants Plaintiff a **one-time** extension until on or before **September 14,**

23   **2021** to submit complaint to the Court in compliance with LSR 2-1.  The Court will also provide

24   Plaintiff a copy of the Court's § 1983 complaint form with instructions.

25          **Application to Proceed In Forma Pauperis**

26          Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate who financially qualifies

27   may seek to begin a civil action in this Court by applying to proceed *in forma pauperis* in order to

28   file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis*

status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** opportunity to file a complaint in compliance with LSR 2-1 and a fully complete application to proceed *in forma pauperis* containing all three of the required documents,  or in the alternative, pay the full $402 filing fee for this action on or before **September 14, 2021**.  Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff is unable to file a complaint in compliance with LSR 2-1 and a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **September 14, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint in compliance with LSR 2-1 and able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint in compliance with LSR 2-1 and has all three documents needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **September 14, 2021** to proceed with this case.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will submit a complaint in compliance with LSR 2-1 to this Court on or before **September 14, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court

- 2 -

1   will also send Plaintiff a copy of his One Million Dollar Class Action Lawsuit.  Docket No. 1-1.

2   IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved

3   form application to proceed *in forma pauperis* by an inmate, as well as the document entitled

4   information and instructions for filing an *in forma pauperis* application.

5   IT IS FURTHER ORDERED that, on or before **September 14, 2021**, Plaintiff will either

6   pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

7   administrative fee) or file with the Court:

8   (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's

9   approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page

10   3),

11   (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official

12   (i.e. page 4 of this Court's approved form), and

13   (3) a copy of the **inmate's prison or jail trust fund account statement for the previous**

14   **six-month period**.

15   IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint in compliance with

16   LSR 2-1 and a fully complete application to proceed *in forma pauperis* with all three documents

17   or pay the full $402 filing fee for a civil action on or before **September 14, 2021**, this case will be

18   subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new

19   case number, when Plaintiff is able to file a complaint in compliance with LSR 2-1 and has all

20   three documents needed to file a complete application to proceed *in forma pauperis* or pays the

21   full $402 filing fee.

22   DATED:  July 19, 2021.

23

24   _____
    NANCY J. KOPPE
25   UNITED STATES MAGISTRATE JUDGE

26

27   .

28

- 3 -